# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 22, 2018

### NO. 03-18-00158-CV

**Benjamin Wetmore, Appellant**

**v.**

**Steve Bresnen, Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND**
**DISMISSED FOR WANT OF PROSECUTION—OPINION BY JUSTICE PEMBERTON**

This is an appeal from the interlocutory order signed by the trial court on March 7, 2018. Having reviewed the record, the Court holds that Benjamin Wetmore has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.